UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK HAGERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NDOC, et al.,<br><br>    Defendants. | Case No.  2:24-cv-01805-GMN-EJY<br><br>**ORDER** |

On September 25, 2024, Plaintiff submitted an application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. However, Plaintiff's IFP application is incomplete as his financial certificate is not signed by a prison or jail official and he fails to include an inmate trust fund account statement for the preceding six-month period.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **November 22, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.  Even if Plaintiff has not been at the Nevada Department of Corrections facility a full six-month period, Plaintiff must still submit his financial certificate and inmate trust fund account statement for the dates he has been at the facility.  28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **November 22, 2024**, will result in a recommendation to dismiss this action **without prejudice**.

Dated this 22nd day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE