**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARK HAGERMAN,

Plaintiff

v.

SHABAZZ, et al.,

Defendants

Case No.: 2:24-cv-01805-APG-EJY

**Order Setting Deadline for Joint Proposed Pretrial Order**

The proposed joint pretrial order is overdue. *See* ECF Nos. 19 (providing that the proposed joint pretrial order is due 30 days after the dispositive motion deadline unless a summary judgment motion is filed); 24 (setting dispositive motion deadline for September 8, 2026). I remind plaintiff Mark Hagerman that under Local Rule 16-3(b) a pro se plaintiff or plaintiff's attorney must initiate the process of preparing the joint pretrial order.

I THEREFORE ORDER that the proposed joint pretrial order is due by November 6, 2026. Failure to comply with this order by that date may result in sanctions, including the dismissal of claims or striking of defenses.

DATED this 15th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE